United States District Court
Southern District of Texas
**ENTERED**
February 08, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SARA VASQUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-22-2536 |
| | § | |
| FIESTA MART, LLC d/b/a FIESTA MART #7, | § | |
| | § | |
| Defendant. | § | |

## **FINAL JUDGMENT**

In accordance with the court's Memorandum Opinion and Order granting Defendant's Hybrid Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE.**

Costs will be taxed against the Plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 8th day of February, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE